UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

**ANGELA MUELLER**

**Plaintiff,**

**vs.**

**BAY STATE MILLING COMPANY and TAZ INC., d/b/a EXPRESS PERSONNEL**

**Defendants.**

**Case No. 00-CV-616** DSD/JMM

**ORDER RE: EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

The Court, having considered the matter and having been advised that a settlement of this matter is near completion, orders that the Defendants, Bay State Milling Company and Taz, Inc., d/b/a Express Personnel, have until April 28, 2000 to file their answers to Plaintiff's Complaint.

It is so ORDERED this 18 day of April, 2000.

UNITED STATES DISTRICT JUDGE

Kenneth R. Dolin
Scott V. Rozmus
Johna G. Anderson
JENNER & BLOCK
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

Nancy Vollertsen
LINDQUIST & VENNUM
4200 IDS Center
Minneapolis, MN 55402
(612) 371-3211

456692

FILED APR 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK