UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

**ANGELA MUELLER**

**Plaintiff,**

**vs.**

**BAY STATE MILLING COMPANY and TAZ INC., d/b/a EXPRESS PERSONNEL**

**Defendants.**

**Case No. 00-CV-616** (DSD/JMM)

**STIPULATION NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Court, having been advised that the parties have agreed to a dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), orders that the above-referenced action be dismissed with prejudice and that all parties are to bear their own costs and attorneys' fees.

It is so ORDERED this 5TH day of May, 2000.

UNITED STATES DISTRICT JUDGE

Kenneth R. Dolin
Scott V. Rozmus
Johna G. Anderson
JENNER & BLOCK
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

Nancy Vollertsen
LINDQUIST & VENNUM
4200 IDS Center
Minneapolis, MN 55402
(612) 371-3211
**Counsel for Defendants**

4/24/00
Lori Peterson
Lori Peterson & Associates
700 Lumber Exchange
Minneapolis, MN 55402
(612)321-0606
**Counsel for Plaintiff**

453225

FILED MAY 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK